COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-167-CV

IN THE MATTER OF C.A.H. APPELLANT

----------

FROM PROBATE COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM 

PANEL F: WALKER, LIVINGSTON, and DAUPHINOT, JJ.

         DELIVERED: August 14, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.